# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN PHILLIP BONHAM,
Appellant,
vs.
THE STATE OF NEVADA; NEVADA
DEPARTMENT OF CORRECTIONS;
DIRECTOR JAMES DZURENDA; AND
BRIAN WILLIAMS, SR., WARDEN,
Respondents.

No. 82313

FILED

JAN 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting a motion to set aside a default judgment. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. An order granting a motion to set aside a default judgment is not an independently appealable order. *See Estate of Adams v. Fallini*, 132 Nev. 814, 818, 386 P.3d 621, 624 (2016). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule permits an appeal from an order granting a motion to set aside a default judgment. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Chief Judge, Eighth Judicial District Court
Bryan Phillip Bonham
Attorney General/Carson City
Eighth District Court Clerk